226 F.3d 1087 (9th Cir. 2000)
 UNITED STATES OF AMERICA, Plaintiff-Appellee,
v.
FRANCISCO JIMENEZ RECIO, Defendant-Appellant.
UNITED STATES OF AMERICA, Plaintiff-Appellee,
v.
ADRIAN LOPEZ-MEZA, Defendant-Appellant.
 No. 99-30135, No. 99-30145
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted March 6, 2000--Seattle, Washington
Filed September 27, 2000
 
 1
 NOTE: SEE AMENDED OPINION AT 258 F.3d 1069.